HENRI HENNEQUIN et al., Appellants, *v.* FRED. BUTTER-FIELD et al., Respondents.

(Argued January 22, 1879; decided February 4, 1879.)

DECIDED on the facts in the case.

*C. Bainbridge Smith* for appellants.

*Andrew Boardman* for respondents.

ANDREWS, J., reads for affirmance.
All concur.
Judgment affirmed.

---

THE BOARD OF SUPERVISORS OF THE COUNTY OF SCHUYLER, Respondent, *v.* THE FIRST NATIONAL BANK OF HAVANA, Appellant.

(Argued December 6, 1878; decided February 11, 1879.)

Reported below, 5 Hun, 649.

*J. McGuire* for appellant.

*O. P. Hurd* for respondent.

ALL concur for affirmance without opinion, except CHURCH, Ch., and FOLGER, JJ., dissenting, and stating reasons for dissent in writing.
Judgment affirmed.